**Manuel MONTES–HERNANDEZ, a.k.a. Simon Pedro Ramirez, a.k.a. Simon Pedro Ramirez–Cruz, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 12–71007.

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2013.*

Filed March 25, 2013.

Simon Pedro Ramirez–Cruz, Lancaster, CA, pro se.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Brendan Paul Hogan, Esquire, OIL, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: PREGERSON, REINHARDT, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Manuel Montes–Hernandez, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying him a continuance. Our jurisdiction is governed by 8 U.S.C. § 1252. We review for abuse of discretion the agency's denial of a continuance. *Ahmed v. Holder,* 569 F.3d 1009, 1012 (9th Cir.2009). We deny in part and dismiss in part the petition for review.

The agency did not abuse its discretion in denying Montes–Hernandez's request for a continuance for failure to show good cause where Montes–Hernandez had already been granted three continuances for the purpose of preparing and filing a U visa application. *See* 8 C.F.R. § 1003.29 (an immigration judge may grant a motion for a continuance for good cause shown); *Ahmed,* 569 F.3d at 1012–14.

To the extent Montes–Hernandez seeks review of the agency's denial of bond, we lack jurisdiction to review this decision. *See* 8 U.S.C. § 1226(e).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.